# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GABRIELA RICARTE, an individual;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | **Case No.: CV 17-253-DMG (PJWx)**<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [16]** |

　　　The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorneys' fees and costs.

　　　IT IS SO ORDERED.

DATED: November 27, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE